IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **MICHEALA ABOR,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. **3:25-CV-245-L-BW** |
| § | |
| **STEPHEN JOSEPH RUSSELL,** *et al.*, § | |
| § | |
| Defendants. § | |

# **ORDER**

On June 17, 2025, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 15) was entered, recommending that the court *sua sponte* dismiss without prejudice this action by pro se Plaintiff Micheala Abor for lack of subject matter jurisdiction because it is barred by *Rooker-Feldman* doctrine,* and her claims against Judge Russel are also barred by judicial immunity. In light of this jurisdictional recommendation, the magistrate judge further recommends that the court deny as moot the Motion to Dismiss filed by Judge Russell (Doc. 8). No objections to the Report were filed, and the deadline for doing so has expired.

Having considered the Report, pleadings, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. The court, therefore, *sua sponte* **dismisses without prejudice** this action for lack of subject matter jurisdiction because it is barred by the *Rooker-Feldman* doctrine, and Plaintiff's claims against Judge Russel are also barred by judicial immunity. Further, given the

---

* Under the *Rooker-Feldman* doctrine, a federal district court lacks subject matter jurisdiction to review a final state court decision arising out of a judicial proceeding unless a federal statute specifically authorizes such review. *District of Columbia Court of Appeals v. Feldman*, 460 U.S. 462, 486 (1983) (Federal courts lack jurisdiction "over challenges to state court decisions . . . arising out of judicial proceedings even if those challenges allege that the state court's action was unconstitutional."); *Rooker v. Fidelity Trust Co.*, 263 U.S. 413, 414-16 (1923) (holding that federal district courts do not have appellate jurisdiction to reverse or modify judgment of state court).

**Order – Page 1**

court's determination that it lacks jurisdiction over this action, it **denies as moot** the Motion to Dismiss filed by Judge Russell (Doc. 8).

  **It is so ordered** this 2nd day of July, 2025.

                 Sam A. Lindsay
                 United States District Judge

**Order – Page 2**